**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

AMOS COOPER
ADC #129093                                                                                              PLAINTIFF

V.                                         2:11CV00044 SWW/JTR

BURL, Warden,
East Arkansas Regional Unit, et al.                                                        DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.[1]

IT IS THEREFORE ORDERED THAT:

1.   Pursuant to the screening function mandated by 28 U.S.C. § 1915A, this case is DISMISSED, WITHOUT PREJUDICE, for failing to state a claim on which relief may be granted.

2.   Dismissal of this action CONSTITUTES a "strike," as defined by 28 U.S.C. § 1915(g).

3.   The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 6th day of May, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] The Court denies plaintiff's motion to file an amended/corrected complaint [docket entry 14].