**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

AMOS COOPER
ADC #129093                                                              PLAINTIFF

V.                                 2:11CV00044 SWW/JTR

BURL, Warden,
East Arkansas Regional Unit, et al.                                      DEFENDANTS

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, for failing to state a claim

upon which relief may be granted.  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3),

that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal

would not be taken in good faith.

Dated this 6th day of May, 2011.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE